FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 10 2019

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 19-89 JB |
| ) | |
| vs. ) | Count 1: 18 U.S.C. §§ 1152 and |
| ) | 113(a)(1): Assault with Intent to Commit |
| **RICKY MARTINEZ,** ) | Murder; |
| ) | |
| Defendant. ) | Count 2: 18 U.S.C. §§ 1152 and |
| ) | 113(a)(3): Assault with a Dangerous |
| ) | Weapon; |
| ) | |
| ) | Count 3: 18 U.S.C. §§ 1152 and |
| ) | 113(a)(6): Assault Resulting in Serious |
| ) | Bodily Injury. |

# INDICTMENT

The Grand Jury charges:

## Count 1

On or about September 2, 2017, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **RICKY MARTINEZ**, a non-Indian, assaulted John Doe, an Indian, with intent to commit murder.

In violation of 18 U.S.C. §§ 1152 and 113(a)(1).

## Count 2

On or about September 2, 2017, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **RICKY MARTINEZ**, a non-Indian, assaulted John Doe, an Indian, with a dangerous weapon, specifically, a knife, with intent to do bodily harm.

In violation of 18 U.S.C. §§ 1152 and 113(a)(3).

Count 3

On or about September 2, 2017, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **RICKY MARTINEZ**, a non-Indian, assaulted John Doe, an Indian, and the assault resulted in serious bodily injury.

In violation of 18 U.S.C. §§ 1152 and 113(a)(6).

A TRUE BILL:

_/s/_____
FOREPERSON OF THE GRAND JURY

_Niki Tapia-Brito_____
Assistant United States Attorney

1/4/2019 11:29 AM